**Aaron F. MANGUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 47876.

Missouri Court of Appeals,
Western District.

Nov. 23, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from denial of motion filed pursuant to Rule 24.035.

Judgment affirmed.   Rule 84.16(b).

**Thomas L. SKJELDBRED, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 47680.

Missouri Court of Appeals,
Western District.

Nov. 23, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J. and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).